**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Oscar BROWN, Jr., a/k/a Grip,**
**Defendant—Appellant.**

**No. 09–6009.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 5, 2009.

Oscar Brown, Jr., Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer,

**166**

Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Brown, Jr., appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Brown*, No. 7:02–cr00014–BR–1 (E.D.N.C. Dec. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*